### MILAM v. MILAM.

No. 10537—Opinion Filed Oct. 7, 1919.

(Syllabus by the Court.)

**Divorce—Appeal—Time to Perfect.**

Proceedings in error for reversal or modification of a judgment decreeing a divorce must be begun in this court within four months from the date of the decree appealed from. (Section 4971, Rev. Laws 1910.)

Error from District Court, Haskell County; W. H. Brown, Judge.

Action by C. B. Milam against May Milam for divorce. Judgment for plaintiff, and defendant brings error. Dismissed.

E. O. Clark, for plaintiff in error.

Holly & Means and Guy A. Curry, for defendant in error.

PER CURIAM. It appears on motion to dismiss this action that plaintiff in error failed to commence proceedings in this court within four months from the date of the decree appealed from as required by section 4971, Rev. Laws 1910. The motion to dismiss the appeal must be sustained. Linkugel v. Linkugel, 74 Oklahoma, 183 Pac. 55; Callahan v. Callahan, 47 Okla. 542, 149 Pac. 135.

It is so ordered.